KURT E. FONTHEIM, Suing for Himself and All Other Stockholders of HURON HOLDING CORPORATION Similarly Situated, Appellant, *v.* GEORGE R. WALKER et al., Respondents, et al., Defendants.

Submitted November 23, 1953; decided December 3, 1953.

*J. Adam Murphy* for motion.
*Bernard Buchwald* opposed.

Motion denied, with $10 costs.   (See Rules of Court of Appeals, rule 7.)